UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROSPERITY FUNDING, INC., <br> Plaintiff, <br> v. <br> IDC TECHNOLOGIES, INC, et al., <br> Defendants. | Case No. 20-cv-03679-VKD <br><br> **ORDER OF REASSIGNMENT TO DISTRICT JUDGE** |

Plaintiff Prosperity Funding, Inc. ("PFI") sues defendants IDC Technologies, Inc. ("IDC"), Innova Consulting Services ("Innova"), and Vivos Group Inc. ("Vivos") for various claims arising out of a contractual dispute. Dkt. No. 1. IDC has counter-claimed and cross-claimed against Innova. Dkt. No. 21. Innova and Vivos have not appeared in this action, and the Clerk of the Court has entered default as to both Innova and Vivos. Dkt. Nos. 25, 26, 35. PFI and IDC advise the Court that they intend to seek default judgments against Innova and Vivos. Dkt. No. 37 at 7.

The Court held an initial case management conference on September 1, 2020. PFI and IDC appeared; Innova and Vivos did not.

All named parties, including unserved defendants, must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500, 501-04 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). As it appears that this case will require a decision that disposes of the claims against some or all of the defendants at this time, and because not all parties have consented to magistrate judge jurisdiction, the matter must be reassigned to a district judge.

Accordingly, the Clerk of the Court shall reassign this case to a district judge pursuant to the Court's Assignment Plan.

**IT IS SO ORDERED.**

Dated: September 1, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge