UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROSPERITY RECOVERY, INC., <br> Plaintiff, <br> v. <br> IDC TECHNOLOGIES, INC, <br> Defendant. | Case No. 20-cv-03679-VKD <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 94 |

On February 8, 2022, plaintiff Prosperity Recovery, Inc. ("Prosperity") and defendant IDC Technologies, Inc. ("IDC") advised the Court that they had reached a settlement of this action, but that resolution was contingent on developments in (1) an appeal to the Ninth Circuit in this matter and (2) parallel litigation in California state court. *See* Dkt. No. 83. In light of that representation, the Court stayed the case pending resolution of this pending litigation and ordered the parties to file joint status reports every 90 days. *Id.*

Both the appeal and the state court litigation appear to have concluded in April 2022. *See* Dkt. No. 91 at 2. On November 7, 2022, Prosperity and IDC advised the Court that they believed "a settlement in this matter [was] imminent." *Id.* On February 6, 2023, the parties advised the Court that they had "tentatively agreed to a settlement in this matter and [were] preparing an amended settlement agreement." Dkt. No. 92 at 2. They further advised that "[f]ollowing execution of the amended settlement agreement [Prosperity] will dismiss [this action]." *Id.* Since then the parties have filed status reports on May 8, 2023 and August 7, 2023, that contain this same representation and that are identical in all other respects to the report they filed on February 6, 2023. *See* Dkt. Nos. 93, 94.

1   This case has been pending for over three years.  In view of the parties' repeated
2 representations over the past six months that they have reached a settlement of the action which
3 merely requires reduction to writing, the Court dismisses the action without prejudice.  All
4 deadlines and hearings in the case are vacated, and any pending motions are moot.

5   The parties retain the right to reopen this action by **September 29, 2023**.  If a request to
6 reinstate the case is not filed and served on opposing counsel by **September 29, 2023**, the
7 dismissal will be with prejudice.

8   **IT IS SO ORDERED.**

9 Dated: August 7, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge