UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROSPERITY RECOVERY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>IDC TECHNOLOGIES, INC,<br><br>  Defendant. | Case No. 20-cv-03679-VKD<br><br>**ORDER REINSTATING CASE AND TO SHOW CAUSE**<br><br>Re: Dkt. No. 96 |

On August 7, 2023, the Court issued an order dismissing this case without prejudice in light of the parties' representations that they had reached a settlement which merely required reduction to writing. Dkt. No. 95. The order specified that if neither party moved to reopen the case by September 29, 2023, the dismissal would be with prejudice. *Id.*

On September 28, plaintiff Prosperity Funding, Inc. filed a motion to reinstate this case. Dkt. No. 96. The motion does not explain the reason for this request, nor suggest what further proceedings are necessary. *Id.*

Reluctantly, the Court reinstates the case. In addition, it orders <u>lead counsel and a representative for each party</u> to appear **in person** in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **November 7, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed with prejudice or set on the Court's active calendar for efficient disposition.

//

//

//

**IT IS SO ORDERED.**

Dated: September 29, 2023

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge